*In re* Carmen T. Agudo Loubriel.

*Números:* TS-5311          *Resueltos:* 19 de mayo de 2017
          AB-2015-0331

*Carmen T. Agudo Loubriel, pro se.*

## RESOLUCIÓN

Examinada la Moción de Reconsideración presentada por la parte peticionaria en el caso de epígrafe, *se provee "ha lugar" y se archiva la queja Núm. AB-2015-331 presentada por el Sr. Robert A. Nelson. A su vez, se censura enérgicamente a la licenciada Agudo Loubriel por su conducta y se le apercibe que, de no atender con premura las órdenes del Tribunal, se expondría a sanciones más severas.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado Señor Kolthoff Caraballo y el Juez Asociado Señor Estrella Martínez no intervinieron.

(*Fdo.*) Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*